**HANSEN BANCORP, INC., Elmer F. Hansen, Jr., and G. Eileen Hansen, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 06–5011.

United States Court of Appeals, Federal Circuit.

March 9, 2006.

**ORDER**

Order Vacated, See 2006 WL 901158.

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**BALBOA INSTRUMENTS, INC., Plaintiff–Appellant,**

v.

**SPA BUILDERS SUPPORT GROUP, Defendant–Cross Appellant,**

and

**Rowland Clark and David Stokes, Defendants–Appellees,**

and

**Anthem Switching Products, Inc., Gecko Electronics, Inc., Gary Nugent, David McClure, Walt Bradley, and Michael Authier, Defendants–Appellees.**

No. 05–1564, 05–1583.

United States Court of Appeals, Federal Circuit.

March 9, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).